IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _1:24-cv-956-NRN

SHIRLENE HESTER,

    Plaintiff,

v.

CARE MATTERS, LLC, and
KIMBERLY DIAZ;

    Defendants.

**ENTRY OF APPEARANCE**

To the Clerk of Court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for: Defendant CARE MATTERS, LLC and Defendant KIMBERLY DIAZ.

Respectfully submitted on May 3, 2024.

    *s/ Matthew E. Kapsak*
    **Matthew E. Kapsak**
    POLSINELLI PC
    1401 Lawrence St., Suite 2300
    Denver, Colorado 80202
    Telephone: (720) 931-1164
    Facsimile: (720) 294-2568
    Email: mkapsak@polsinelli.com

    *Attorney for Defendants Care Matters, LLC and Kimberly Diaz*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 3, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in the above-captioned case.

Josh Sanford
Sean Short
Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas, 72211
Phone: (501) 221-0088
Fax: (888) 787-2040
josh@sanfordlawfirm.com
sean@sanfordlawfirm.com

                                         *s/Monica Washington*
                                         Legal Administrative Assistant