IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-956-NRN

SHIRLENE HESTER,

    Plaintiff,

v.

CARE MATTERS, LLC and
KIMBERLY DIAZ;

    Defendants.

---

**STIPULATION FOR 21-DAY EXTENSION OF TIME
FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**

---

Defendants, Care Matters, LLC ("**Care Matters**") and Kimberly Diaz ("**Ms. Diaz**") (collectively, "**Defendants**"), through counsel, respectfully submit this Stipulation for 21-Day Extension of Time for Defendants to Respond to Plaintiff's Complaint. As grounds therefor, Defendants state:

**D.C.COLO.LCivR 7.1(a) Certification**

Undersigned counsel conferred with Plaintiff's counsel. The parties stipulate to a 21-day extension of time through and including May 27, 2024, for Defendants to respond to the Complaint.

94864733.1

## STIPULATION TO 21-DAY EXTENSION OF TIME

1. Plaintiff filed her Complaint against Defendants on April 9, 2024. [ECF No. 1]

2. Defendants responses to the Complaint are currently due on May 6, 2024. [*See* ECF No. 6, 7]

3. The law firm of Polsinelli PC, through undersigned counsel, was recently retained as litigation counsel to represent the Defendants.

4. Per D.C.COLO.LCivR 6.1(a), the parties stipulate to a 21-day extension of time for Defendants to respond to Plaintiff's Complaint, through and including May 27, 2024.

5. Undersigned counsel certifies that pursuant to D.C.Colo.LCivR 6.1(c), a copy of this motion will be served on Defendants immediately after filing.

Respectfully submitted on May 3, 2024.

*s/ Matthew E. Kapsak*
**Matthew E. Kapsak**
POLSINELLI PC
1401 Lawrence St., Suite 2300
Denver, Colorado 80202
Telephone: (720) 931-1164
Facsimile: (720) 294-2568
Email: mkapsak@polsinelli.com

*Attorney for Defendants Care Matters, LLC and Kimberly Diaz*

- 3 -

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on May 3, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in the above-captioned case.

Josh Sanford
Sean Short
Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas, 72211
Phone: (501) 221-0088
Fax: (888) 787-2040
josh@sanfordlawfirm.com
sean@sanfordlawfirm.com

                                    */s/Monica Washington*
                                    Legal Administrative Assistant