# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Shirlene Hester, Individually and on Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | Case No. 1:24-cv-956 |
| Care Matters, LLC, and Kimberly Diaz, | ) ) ) |
| Defendants. | ) ) |

## ORDER GRANTING STIPULATED MOTION TO STAY LITIGATION PENDING MEDIATION

The Court, having reviewed the parties' Stipulated Motion to Stay Litigation Pending Mediation, finds that a stay of litigation is warranted in this case which will support judicial economy, the convenience of the Court and parties, and will not cause undue prejudice. Accordingly, the Motion is GRANTED, and this case shall be stayed while the parties pursue mediation.

Dated: _____

By: _____

95248596.1