IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00956-NRN

SHIRLENE HESTER, individually and on behalf of all others similarly situated,

Plaintiff,

v.

CARE MATTERS, LLC, and
KIMBERLY DIAZ,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

      It is hereby ORDERED that the Stipulated Motion to Stay Litigation Pending Medication (Dkt. #10) is GRANTED. The Court finds that a stay of discovery is appropriate under the factors outlined in *String Cheese Incident, LLC v. Stylus Shows, Inc.*, No. 02-cv-01934-LTB-PA, 2006 WL 894955, at *2 (D. Colo. March 30, 2006) (unpublished). Most importantly, the Court finds that the parties will not be prejudiced or burdened by a stay. Further, while the Court typically discourages stays, the Court acknowledges the efficiency and fairness of staying the proceedings while the parties pursue early mediation. In addition, the Court finds that there are no interested non-parties and the public's only interest in this case is its interest in the just and efficient resolution of all cases pending before the Court.

      Accordingly, it is further ORDERED that this case is STAYED until further Order of Court. The Scheduling Conference set for July 11, 2024 at 11:00 a.m. is VACATED. The parties are directed to file a Joint Status Report with the Court on or before July 29, 2024.

Date: May 29, 2024