IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **Shirlene Hester, Individually and on Behalf of All Others Similarly Situated,** | )<br>)<br>) |
| **Plaintiff,** | )<br>)<br>) **Case No. 1:24-cv-956** |
| v. | )<br>) |
| **Care Matters, LLC, and Kimberly Diaz,** | )<br>)<br>) |
| **Defendants.** | )<br>) |

**JOINT STATUS REPORT**

Plaintiff, Shirlene Hester, and Defendants, Care Matters, LLC and Kimberly Diaz, through their respective counsel, submit the following Joint Status Report in compliance with the Court's Order, ECF No. 11.

1. The parties have conferred and have mutually agreed to a private mediation with Kathryn E. Miller of Littleton Alternative Dispute Resolution. Mediation is set for August 7, 2024.

2. The parties agree that the stay should continue until mediation has been completed.

3. The parties will file another joint status report within seven days of the completion of mediation to inform the Court as to the results of mediation and whether the stay should be lifted.

Respectfully submitted,

SANFORD LAW FIRM, PLLC

By: */s/ Sean Short*
    Sean Short
    Josh Sanford
    Kirkpatrick Plaza
    10800 Financial Centre Pkwy, Suite 510
    Little Rock, Arkansas 72211

ATTORNEYS FOR PLAINTIFF

96615109.1

POLSINELLI PC

By: */s/ Matthew E. Kapsak*
    MATTHEW E. KAPSAK (CO# 50238)
    1401 Lawrence Street, Suite 2300
    Denver, CO 80202
    Telephone: (303) 572-9300
    Facsimile: (303) 572-7883
    mkapsak@polsinelli.com

    ANGELO SPINOLA (admitted *pro hac vice*)
    One Atlantic Center
    1201 West Peachtree Street NW, Suite 1100
    Atlanta, GA 30309
    Telephone: (404) 253-6000
    aspinola@polsinelli.com

    ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing filed using the Court's CM/ECF system which will send notice to all counsel of record.

    /s/ *Sean Short*
    **Sean Short**

2

96615109.1