IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00956-NRN

SHIRLENE HESTER, individually and on behalf of all others similarly situated,

Plaintiff,

v.

CARE MATTERS, LLC, and
KIMBERLY DIAZ,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

    In light of the Joint Status Report (ECF No. 12), it is hereby ORDERED that the parties shall file a Second Joint Status Report on or before August 14, 2024 to inform the Court as to the results of the mediation.

Date: July 30, 2024