**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| **Shirlene Hester, Individually and on Behalf of All Others Similarly Situated,** | ) ) ) | |
| **Plaintiff,** | ) ) ) | **Case No.  1:24-cv-956** |
| **v.** | ) ) | |
| **Care Matters, LLC, and Kimberly Diaz,** | ) ) ) | |
| **Defendants.** | ) ) ) | |

**JOINT STATUS REPORT**

Plaintiff, Shirlene Hester, and Defendants, Care Matters, LLC and Kimberly Diaz, through their respective counsel, submit the following Joint Status Report in compliance with the Court's Order, ECF No. 12.

1.      The parties were able to reach a settlement at mediation that will resolve all claims asserted by Plaintiff.

2.      The monetary and non-monetary terms of the settlement have been finalized, and the parties expect to file their dismissal papers with the Court within thirty (30) days, once payment is tendered.

3.      In light of their progress, the parties request that all deadlines remain stayed pending finalization of their settlement.

Respectfully submitted,

SANFORD LAW FIRM, PLLC

By: */s/ Sean Short*_____
Sean Short
Josh Sanford
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211

2

ATTORNEYS FOR PLAINTIFF

POLSINELLI PC

By: */s/ Matthew E. Kapsak*
    MATTHEW E. KAPSAK (CO# 50238)
    1401 Lawrence Street, Suite 2300
    Denver, CO 80202
    Telephone: (303) 572-9300
    Facsimile: (303) 572-7883
    mkapsak@polsinelli.com

    ANGELO SPINOLA (admitted *pro hac vice*)
    One Atlantic Center
    1201 West Peachtree Street NW, Suite 1100
    Atlanta, GA 30309
    Telephone: (404) 253-6000
    aspinola@polsinelli.com

    ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing

filed using the Court's CM/ECF system which will send notice to all counsel of record.

    /s/ *Sean Short*
    **Sean Short**

2