IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00956-NRN

SHIRLENE HESTER, individually and on behalf of all others similarly situated,

Plaintiff,

v.

CARE MATTERS, LLC, and
KIMBERLY DIAZ,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

    In light of the Joint Status Report (ECF No. 14), it is hereby ORDERED that on or before September 13, 2024, the parties shall file their dismissal papers or, if no settlement has been reached, a joint status report explaining the delay.

Date: August 14, 2024