IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Shirlene Hester, Individually and on Behalf of All Others Similarly Situated, | )<br>)<br>) |
| Plaintiff, | )<br>)<br>)  Case No. 1:24-cv-956 |
| v. | )<br>) |
| Care Matters, LLC, and Kimberly Diaz, | )<br>)<br>) |
| Defendants. | )<br>) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The Parties, through their counsel of record, for their Joint Stipulation of Dismissal with Prejudice, do hereby state as follows:

1. Plaintiff brought this action against Defendants alleging violations of the overtime provisions of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*, Colorado Wage Act, C.R.S. § 8-4-101, et seq. ("CWA"), and Colorado Minimum Wage Order No. 34, 7 C.C.R. § 1103-1 ("CMWO").

2. After arm's length negotiations in which Plaintiff and Defendants were represented by counsel, Plaintiff and Defendants reached an agreement that resolves all claims in this lawsuit; Plaintiff and Defendants believe their agreement is a fair, reasonable and adequate compromise of a bona fide dispute.

3. The parties file this stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii), which allows a case to be dismissed by stipulation if signed by all parties who have appeared.

4. The parties hereby stipulate to the dismissal of this action with prejudice, with each side to bear its own fees and costs, except as otherwise agreed.

Respectfully submitted,

SANFORD LAW FIRM, PLLC

By: */s/ Sean Short*
    Sean Short
    Josh Sanford
    Kirkpatrick Plaza
    10800 Financial Centre Pkwy, Suite 510
    Little Rock, Arkansas 72211

    ATTORNEYS FOR PLAINTIFF

POLSINELLI PC

By: */s/ Matthew E. Kapsak*
    MATTHEW E. KAPSAK (CO# 50238)
    1401 Lawrence Street, Suite 2300
    Denver, CO 80202
    Telephone: (303) 572-9300
    Facsimile: (303) 572-7883
    mkapsak@polsinelli.com

    ANGELO SPINOLA (admitted *pro hac vice*)
    One Atlantic Center
    1201 West Peachtree Street NW, Suite 1100
    Atlanta, GA 30309
    Telephone: (404) 253-6000
    aspinola@polsinelli.com

    ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing filed using the Court's CM/ECF system which will send notice to all counsel of record.

    /s/ *Sean Short*
    **Sean Short**